**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA BERNAL MADRIGAL,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:26-cv-6382 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Doc. 11) |

Leticia Bernal Madrigal and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 11.) Pursuant to the stipulation, "the Appeals Council will instruct the Administrative Law Judge to issue a fully favorable decision on Plaintiff's Title XVI claim." (*Id.* at 1.) Further, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

///

///

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff Leticia Bernal Madrigal and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: October 1, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE